**ZOND LLC, Appellant**

v.

**ADVANCED MICRO DEVICES, INC., Renesas Electronics Corporation, Renesas Electronics America, Inc., The Gillette Company, Appellees**

2016-1423, 2016-1424, 2016-1427, 2016-1428, 2016-1429

United States Court of Appeals, Federal Circuit.

Date January 18, 2017

TAREK N. FAHMI, Ascenda Law Group, PC, San Jose, CA, argued for appellant. Also represented by HOLLY J. ATKINSON.

MARK G. MATUSCHAK, Wilmer Cutler Pickering Hale and Dorr LLP, Boston, MA, argued for all appellees. Appellee The Gillette Company also represented by MARK CHRISTOPHER FLEMING, ERIC FLETCHER; DAVID LANGDON CAVANAUGH, Washington, DC.

RYAN KEN YAGURA, O'Melveny & Myers LLP, Los Angeles, CA, for appellee Advanced Micro Devices, Inc. Also represented by XIN-YI ZHOU; BRADLEY GARCIA, Washington, DC.

JOHN JOSEPH FELDHAUS, Foley & Lardner LLP, Washington, DC, for appellee Renesas Electronics Corporation, Renesas Electronics America, Inc. Also represented by PAVAN KUMAR AGARWAL, GEORGE ELLSWORTH QUILLIN; MICHAEL ROBERT HOUSTON, Chicago, IL.

## JUDGMENT

Per Curiam (Prost, Chief Judge, Newman and Dyk, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* **Fed. Cir. R. 36.**